In the Matter of the Probate of the Last Will and Testament of Ophelia Minton, Deceased. Elizabeth Pickford Gardner and Others, Appellants; Lorenzo D. Pickford, Executor, etc., of Ophelia Minton, Deceased, Respondent.— Decree of the Surrogate's Court of Kings county affirmed, with costs to the respondent and

the special guardian, payable out of the estate. No opinion. Hirschberg, P. J., Woodward, Jenks, Rich and Miller, JJ., concurred.